IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-109 |
| v. | ) | |
| | ) | |
| RONALD PAUL KNOX, II, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 2nd day of March, 2007, the Court having been advised that defendant Ronald Paul Knox, II, is presently housed in the Allegheny County Jail for resentencing before the undersigned ,

NOW THEREFORE it is hereby ORDERED and DECREED that Ronald Paul Knox, II, may have a contact visit with his wife, Erica Knox, and daughter, Karly Knox, the first Saturday of every month commencing immediately and for as long as he is incarcerated at the Allegheny County Jail.  Said wife and child are not involved in the Children, Youth and Family (CYF) Services system.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Al Burke, AUSA
Email: almon.burke@usdoj.gov
Myron R. Sainovich, Esquire
Email: myron@ssslawyer.com

Stanley Fudor, Esquire
Email: tprlawofc@yahoo.com

Monte Stephens/**VIA REGULAR U.S. MAIL AND FAX: 412/ 350-2058**
ACJ - Case Worker
950 Second Avenue
Pittsburgh, PA 15219